McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789




IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 2:07-CR--376 GEB |
|---|---|
| Plaintiff, | ) VIOLATIONS: 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine; 21 U.S.C. § 841(a)(1) - Possession of Methamphetamine With Intent to Distribute |
| v. | |
| DANIEL HERNANDEZ, | |
| Defendant. | |

I N D I C T M E N T

<u>COUNT ONE</u>:   [21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine]

The Grand Jury charges:  T H A T

DANIEL HERNANDEZ,

defendant herein, on or about September 22, 2004, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

///

1  COUNT TWO:        [21 U.S.C. § 841(a)(1) - Possession of
                     Methamphetamine with Intent to Distribute]
2
3        The Grand Jury further charges:  T H A T
4                         DANIEL HERNANDEZ,
5  defendant herein, beginning on or about September 22, 2004, and
6  continuing thereafter to on or about September 23, 2004, in the
7  County of Sacramento, State and Eastern District of California,
8  did knowingly and intentionally possess with intent to distribute
9  at least 50 grams of actual methamphetamine, a Schedule II
10 controlled substance, in violation of Title 21, United States
11 Code, Section 841(a)(1).

                                     A TRUE BILL.

                                     /s/ Signature on file w/AUSA
                                     FOREPERSON

_/s/ MWA_
McGREGOR W. SCOTT
United States Attorney

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

## THE UNITED STATES OF AMERICA
*vs.*

## DANIEL HERNANDEZ

---

### INDICTMENT  2:07-CR--376 GEB

**VIOLATION(S):** 21 U.S.C. § 841(a)(1) - DISTRIBUTION OF METHAMPHETAMINE; 21 U.S.C. § 841(a)(1) - POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE

---

A true bill,

/S/

_____
Foreman.

---

Filed in open court this \_\_\_ 23rd \_\_\_\_\_ day

of \_\_\_ August \_\_\_\_, A.D. 20 07 \_\_

P. Buzo
Clerk.

---

Bail, $ *Bench Warrant -* **NO BAIL PENDING HEARING**

Dale A. Drozd

---

GPO 863 525

PENALTY SLIP

2: 0 7 - CR - - 3 7 6 GEB

**DANIEL HERNANDEZ**

<u>COUNT ONE</u>:
VIOLATION:  21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine
PENALTY:    Not More than 20 years imprisonment; or
            Not More than $250,000 fine, or both;
            3-years to Life of Supervised Release.

<u>COUNT TWO</u>:
VIOLATION:  21 U.S.C. § 841(a)(1) - Possession of Methamphetamine with Intent to Distribute
PENALTY:    Mandatory minimum 10 years to life imprisonment, and
            Not More than $4 million fine, or both;
            5-years to Life of Supervised Release.

<u>ASSESSMENT</u>:   Mandatory $100 special assessment **each count**.