LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>DANIEL HERNANDEZ,<br><br>   Defendant. | Case No.:  CR S-07-376  GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINING STATUS CONFERENCE AND EXCLUDING TIME<br>. |

It is hereby stipulated and agreed to between the United States of America through Phillip A. Talbert, Assistant United States Attorney and defendant, DANIEL HERNANDEZ, by and through his counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for Friday, September 28 2007, at 9:00 a.m. be continued to November 2, 2007, at 9:00 a.m.

The basis for this continuance is that defense counsel has requested additional discovery from the government, is investigating and researching a motion to suppress the evidence, and requires additional time to complete ongoing defense preparation prior to appearing in court to set a motions briefing schedule.

- 1

IT IS FURTHER STIPULATED that the period from September 28, 2007, (the date currently set for the status conference) through and including November 2, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated:  September 26, 2007               Respectfully submitted,

/s/Lindsay Weston

---
LINDSAY ANNE WESTON
Attorney for Defendant
DANIEL HERNANDEZ


Date: September 5, 2007                   MCGREGOR W. SCOTT
United States Attorney

/s/ Lindsay Weston for

---
PHILLIP A. TALBERT
Assistant United States Attorney
Per telephonic authority


## ORDER

IT IS SO ORDERED.

Dated:  September 27, 2007

*[signature]*

---
GARLAND E. BURRELL, JR.
Chief United States District Judge