McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. S-07-0376-GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER |
| DANIEL HERNANDEZ, | ) | |
| Defendant. | ) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Daniel Hernandez, through his attorney Lindsay Weston, as follows:

It is agreed that the status conference date of November 2, 2007 be vacated and that a new status conference date of December 14, 2007, at 9:00 a.m. be set.

The continuance of the status conference is necessary because defense counsel is reviewing discovery produced by the government and is formulating a request to the government for additional discovery relating to a possible future motion to suppress evidence.

Accordingly, the parties jointly request a new status conference date of December 14, 2007, and that the time period from

November 2, 2007, to and including December 14, 2007 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: October 30, 2007        /s/Lindsay Weston
                               LINDSAY WESTON
                               Attorney for Defendant
                               DANIEL HERNANDEZ
                               By PAT per telephone authorization

Dated: October 30, 2007        McGREGOR W. SCOTT
                               United States Attorney

                                /s/Phillip A. Talbert
                               PHILLIP A. TALBERT
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for November 2, 2007, be vacated and a new status conference be scheduled on December 14, 2007, at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from November 2, 2007 to December 14, 2007, under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and each of the defendants in a speedy trial.

Dated:  October 31, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge