LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.:  CR S-07-376  GEB |
|            Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
|    vs. | ) CONTINING STATUS CONFERENCE AND |
| | ) EXCLUDING TIME |
| DANIEL HERNANDEZ, | ) |
| | ) . |
|            Defendant. | ) |
| | ) |

It is hereby stipulated and agreed to between the United States of America

through Phillip A. Talbert, Assistant United States Attorney and defendant, DANIEL

HERNANDEZ, by and through his counsel, Lindsay Anne Weston, that the status conference in

this matter currently scheduled for Friday, December 14, 2007, at 9:00 a.m. be continued to

January 25, 2008, at 9:00 a.m.

The basis for this continuance is that defense counsel made a discovery of the

government on December 6, 2007, which is pending. Further, the defense is investigating and

researching a motion to suppress the evidence and requires additional time to complete ongoing

defense preparation prior to appearing in court to set a motions briefing schedule.

IT IS FURTHER STIPULATED that the period from December 14, 2007, (the date currently set for the status conference) through and including January 25, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated:  December 12, 2007            Respectfully submitted,

                                     /s/Lindsay Weston
                                     _____
                                     LINDSAY ANNE WESTON
                                     Attorney for Defendant
                                     DANIEL HERNANDEZ

Date: December 12, 2007             MCGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Lindsay Weston for
                                     _____
                                     PHILLIP A. TALBERT
                                     Assistant United States Attorney
                                     Per telephonic authority

                              **ORDER**

IT IS SO ORDRED.

Dated:  December 13, 2007

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge