LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>  vs.<br><br>DANIEL HERNANDEZ,<br><br>        Defendant. | Case No.:  CR S-07-376  GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTING STATUS CONFERENCE AND EXCLUDING TIME<br>. |

It is hereby stipulated and agreed to between the United States of America through Phillip A. Talbert, Assistant United States Attorney and defendant, DANIEL HERNANDEZ, by and through his counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for Friday, January 25, 2008, at 9:00 a.m. be continued to March 14, 2008, at 9:00 a.m.

There are multiples bases for this continuance. This case is being transferred for prosecution from Assistant United States Attorney Phillip Talbert to Assistant United States Attorney Jill Thomas.  The continuance will allow new counsel to become familiar with the case and for defense counsel to meet and confer with the government. Furthermore, defense counsel made a discovery request of the government on December 6, 2007, which is still pending.

Moreover, the defense is investigating and researching a motion to suppress the evidence and requires additional time to complete ongoing defense preparation prior to appearing in court to set a motions briefing schedule.

IT IS FURTHER STIPULATED that the period from January 25, 2008, (the date currently set for the status conference) through and including March 14, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated:  January 23, 2008              Respectfully submitted,

/s/Lindsay Weston

_____
LINDSAY ANNE WESTON
Attorney for Defendant
DANIEL HERNANDEZ


Date: January 23, 2008                MCGREGOR W. SCOTT
                                      United States Attorney

/s/ Lindsay Weston for

_____
PHILLIP A. TALBERT
Assistant United States Attorney
Per telephonic authority

**ORDER**

IT IS SO ORDRED.

Dated:  January 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -