LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL HERNANDEZ,<br><br>　　　　　　Defendant. | Case No.:  CR S-07-376  GEB<br><br>STIPULATION AND [PROPOSED] ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME<br>. |

    It is hereby stipulated and agreed to between the United States of America, through  Assistant United States Attorney Jill Marie Thomas, and defendant, DANIEL HERNANDEZ, by and through his counsel, Lindsay Anne Weston, that the following revised motion schedule and hearing date be adopted by this Court:

  Defense motions to be filed by:  June 13, 2008

  Government response due:  June 27, 2008

  Defense reply due:  July 11, 2008

  Motions hearing date:  July 25, 2008 at 1:30 p.m.

  This revised motions schedule is being submitted at the request of the defense. Counsel for defendant Hernandez needs additional time for investigation and preparation of the motion to

suppress the evidence and needs additional time to try to informally resolve with the government a pending discovery request. The hearing date in this matter has been approved by Shani Furstenau, Courtroom Clerk.

IT IS FURTHER STIPULATED that the period from May 30, 2008, (the date currently set for the motions hearing) through and including July 25, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 13, 2008                         Respectfully submitted,

                                            /s/Lindsay Weston
                                            _____
                                            LINDSAY ANNE WESTON
                                            Attorney for Defendant
                                            DANIEL HERNANDEZ

Date: May 13, 2008                          MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Lindsay Weston for
                                            _____
                                            JILL MARIE THOMAS
                                            Assistant United States Attorney
                                            Per telephonic authority

**ORDER**

IT IS SO ORDRED.

Dated: May 15, 2008                         _____
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge

- 2 -