LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>DANIEL HERNANDEZ,<br><br>   Defendant. | Case No.:  CR S-07-376  GEB<br><br>STIPULATION AND [PROPOSED] ORDER VACATING MOTIONS HEARING DATE, SETTING STATUS CONFERENCE, AND EXCLUDING TIME<br>. |

It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney and defendant, DANIEL HERNANDEZ, by and through his counsel, Lindsay Anne Weston, that briefing schedule in this matter and the hearing date for a motion to suppress the evidence in this matter currently scheduled for Friday, July 25, 2008, 9:00 a.m. be vacated and that the matter be continued for a status conference to September 26, 2008, at 9:00 a.m.

This request is made by the defense. Undersigned defense counsel is requesting the motions schedule and hearing date be vacated to allow the defense additional time to research and investigate a motion to suppress the evidence. During the research and preparation of the motion to suppress the evidence, undersigned defense counsel determined that certain investigative work not previously undertaken needs to be conducted in order to competently

1  prepare the motion to suppress the evidence. Because the defense is uncertain about the amount
2  of time that will be needed to do sufficient investigation, rather than resetting a motions
3  schedule, the defense is requesting that a status conference in this matter be set for September 26,
4  2008.
5
6        IT IS FURTHER STIPULATED that the period from July 25, 2008, (the date currently
7  set for the hearing) through and including September 26, 2008, be excluded in computing the
8  time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C.
9
10 §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated:  July 21, 2008               Respectfully submitted,

                                    /s/Lindsay Weston
                                    _____
                                    LINDSAY ANNE WESTON
                                    Attorney for Defendant
                                    DANIEL HERNANDEZ


Date: July 21, 2008                 MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Lindsay Weston for
                                    _____
                                    JILL THOMAS
                                    Assistant United States Attorney
                                    Per telephonic authority


                        **ORDER**

IT IS SO ORDRED.

Dated: July 22, 2008
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

- 2 -