LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>  vs.<br><br>DANIEL HERNANDEZ,<br><br>    Defendant. | Case No.: CR S-07-376 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINING STATUS CONFERENCE AND EXCLUDING TIME. |

It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, DANIEL HERNANDEZ, by and through his counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for Friday, September 26, 2008, at 9:00 a.m. be continued to November 14, 2008, at 9:00 a.m.

The basis for this continuance is that defense counsel requests additional time to investigate a pre-trial motion to suppress the evidence which is necessary to competent representation of Mr. Hernandez.

IT IS FURTHER STIPULATED that the period from September 26, 2008, (the date currently set for the status conference) through and including November 14, 2008, be excluded in

computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated:  September 23, 2008           Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
DANIEL HERNANDEZ

Date: September 23, 2008             MCGREGOR W. SCOTT
United States Attorney

/s/ Lindsay Weston for
_____
JILL THOMAS
Assistant United States Attorney
Per e-mail authorization

**ORDER**

IT IS SO ORDRED.

Dated: 9/24/08                       _____
GARLAND E. BURRELL, JR.
United States District Judge

- 2