LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL HERNANDEZ,<br><br>　　　　Defendant. | Case No.:  CR S-07-376  GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINING STATUS CONFERENCE AND EXCLUDING TIME<br>. |

　　　　It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, DANIEL HERNANDEZ, by and through his counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for Friday, November 14, 2008, at 9:00 a.m. be continued to January 23, 2009, at 9:00 a.m.

　　The basis for this continuance is that defense counsel requests additional time to complete investigation on a possible pre-trial motion to suppress the evidence which is necessary to competent representation of Mr. Hernandez.

　　IT IS FURTHER STIPULATED that the period from November 14, 2008, (the date currently set for the status conference) through and including January 23, 2009, be excluded in

computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: November 13, 2008   Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
DANIEL HERNANDEZ

Date: November 13, 2008   MCGREGOR W. SCOTT
United States Attorney

/s/ Lindsay Weston for
_____
JILL THOMAS
Assistant United States Attorney
Per e-mail authorization

**ORDER**

IT IS SO ORDRED.

Dated 11/13/08 2008

GARLAND E. BURRELL, JR.
United States District Judge

- 2 -