LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>DANIEL HERNANDEZ,<br>　　　　Defendant. | Case No.: CR S-07-376 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINING STATUS CONFERENCE AND EXCLUDING TIME. |

　　　　It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, DANIEL HERNANDEZ, by and through his counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for January 23, 2009, at 9:00 a.m. be continued to February 20, 2009, at 9:00 a.m.

　　　　The basis for this continuance is that defense counsel requests additional time to complete investigation on a possible pre-trial motion to suppress the evidence which is necessary to competent representation of Mr. Hernandez.

　　　　IT IS FURTHER STIPULATED that the period from January 23, 2009, (the date currently set for the status conference) through and including February 20, 2009, be excluded in

- 1

computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

| | |
|---|---|
| Dated: January 22, 2009 | Respectfully submitted, |
| | /s/Lindsay Weston |
| | _____ |
| | LINDSAY ANNE WESTON<br>Attorney for Defendant<br>DANIEL HERNANDEZ |
| Date: January 22, 2009 | MCGREGOR W. SCOTT<br>United States Attorney |
| | /s/ Lindsay Weston for |
| | _____ |
| | JILL THOMAS<br>Assistant United States Attorney<br>Per e-mail authorization |

**ORDER**

IT IS SO ORDRED.

Dated: 1/23/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2