LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )  Case No.:  CR S-07-376  GEB
      Plaintiff,                )
   vs.                             )  STIPULATION AND [PROPOSED] ORDER
                                )  CONTINING STATUS CONFERENCE AND
DANIEL HERNANDEZ,               )  EXCLUDING TIME
      Defendant.                )  .
                                )
                                )

      It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, DANIEL HERNANDEZ, by and through his counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for February 20, 2009, at 9:00 a.m. be continued to March 27, 2009, at 9:00 a.m.

      The basis for this continuance is that defense counsel requests additional time to complete investigation on a possible pre-trial motion to suppress the evidence which is necessary to competent representation of Mr. Hernandez.

      IT IS FURTHER STIPULATED that the period from February 20, 2009, (the date currently set for the status conference) through and including March 27, 2009, be excluded in

- 1

computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: February 19, 2009     Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
DANIEL HERNANDEZ

Date: February 19, 2009     LAWRENCE G. BROWN
United States Attorney

/s/ Lindsay Weston for
_____
JILL THOMAS
Assistant United States Attorney
Per telephonic authorization

**ORDER**

IT IS SO ORDRED.

2/26/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2