LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>  vs.<br><br>DANIEL HERNANDEZ,<br><br>    Defendant. | Case No.: CR S-07-376 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINING STATUS CONFERENCE AND EXCLUDING TIME. |

It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, DANIEL HERNANDEZ, by and through his counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for March 27, 2009, at 9:00 a.m. be continued to May 8, 2009, at 9:00

The basis for this continuance is that defense counsel requests additional time to complete investigation, with a newly retained investigator, on a possible pre-trial motion to suppress the evidence which is necessary to competent representation of Mr. Hernandez.

IT IS FURTHER STIPULATED that the period from March 27, 2009, (the date currently set for the status conference) through and including May 8, 2009, be excluded in computing the

- 1

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: March 25, 2009          Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
DANIEL HERNANDEZ

Date: March 25, 2009          LAWRENCE G. BROWN
United States Attorney

/s/ Lindsay Weston for
_____
JILL THOMAS
Assistant United States Attorney
Per telephonic authorization

**ORDER**

IT IS SO ORDRED.

DATED: March 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge