LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.:  CR S-07-376  GEB |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND [PROPOSED] ORDER CONTINING STATUS CONFERENCE AND EXCLUDING TIME |
| DANIEL HERNANDEZ, ) | |
| Defendant. ) | . |
| ) | |

It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, DANIEL HERNANDEZ, by and through his counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for May 8, 2009, at 9:00 a.m. to May 29, 2009, at 9:00 a.m.

The basis for this continuance is that the parties are in plea negotiations and defense counsel requests additional time review this with her client.

IT IS FURTHER STIPULATED that the period from May 8, 2009, (the date currently set for the status conference) through and including May 29, 2009, be excluded in computing the

- 1

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 7, 2009  Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
DANIEL HERNANDEZ

Date: May 7, 2009  LAWRENCE G. BROWN
Acting United States Attorney

/s/ Lindsay Weston for
_____
JILL THOMAS
Assistant United States Attorney
Per telephonic authorization

**ORDER**

IT IS SO ORDRED.

Dated: 5/11/09

_____
GARLAND E. BURRELL, JR.
United States District Judge