```
LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>  vs.<br><br>DANIEL HERNANDEZ,<br><br>    Defendant. | Case No.: CR S-07-376 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTING STATUS CONFERENCE AND EXCLUDING TIME<br>. |

      It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, DANIEL HERNANDEZ, by and through his counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for May 29, 2009, at 9:00 a.m. to July 10, 2009, at 9:00 a.m.

      The basis for this continuance, which is at the request of the defense, is to allow the defense sufficient time to file a discovery motion(s) necessary to the filing of a defense motion to suppress evidence.

      IT IS FURTHER STIPULATED that the period from May 29, 2009, (the date currently set for the status conference) through and including July 10, 2009, be excluded in computing the

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 27, 2009                    Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
DANIEL HERNANDEZ

Date: May 27, 2009                     LAWRENCE G. BROWN
Acting United States Attorney

/s/ Lindsay Weston for
_____
JILL THOMAS
Assistant United States Attorney
Per telephonic authorization

**ORDER**

IT IS SO ORDRED.

Dated: 6/1/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2