```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2781
 5
 6
 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,     )  CR S 07-376-GEB
11                                )
                      Plaintiff,  )  STIPULATION AND ORDER
12                                )  RESETTING STATUS CONFERENCE/MOTION,
               v.                 )  HEARING, AND EXCLUDING TIME UNDER
13                                )  THE SPEEDY TRIAL ACT
                                  )
14  DANIEL HERNANDEZ,             )
                                  )
15                    Defendant.  )
    _____)
16
```

17       The United States of America, through its counsels of record,

18  Lawrence G. Brown, United States Attorney for the Eastern District

19  of California, and Jill M. Thomas, Assistant United States Attorney,

20  and defendant Daniel Hernandez, through his counsel of record,

21  Lindsay Anne Weston, Esq., hereby stipulate and agree that the

22  following revised motion schedule and hearing date be adopted by

23  this Court:

24       Defense motion to suppress to be filed by:   October 23, 2009

25       Government reply due:                        November 6, 2009

26       Defense rebuttal brief due:                  November 20, 2009

27       The defense needs additional time for preparation and for the

28  filing of pretrial motions in accordance with the above schedule.

1

1  Therefore, the parties have agreed and respectfully request that the
2  Court set the date of December 4, 2009 for the hearing on the
3  defense motion to suppress. On July 9, 2009 counsel for the
4  defendant electronically filed a stipulation and proposed order to
5  continue the status conference to September 25, 2009, and excluding
6  time under the Speedy Trial Act, to date this order has not been
7  signed. Therefore, the parties have agreed and request that the
8  period from July 10, 2009, through and including December 4, 2009,
9  be excluded in computing the time within which trial must commence
10 under the Speedy Trial Act, United States Code, 18 U.S.C.
11 § 3161(h)(1)(D) and(h)(7)(A), to give the defendant time to
12 adequately prepare and file pretrial motions.
13 IT IS SO STIPULATED.

```
                                        LAWRENCE G. BROWN
                                        United States Attorney

Dated: September 23, 2009               By:  /s/ Jill M. Thomas
                                        JILL M. THOMAS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


DATED: September 23, 2009               By:  /s/Lindsay Anne Weston
                                        LINDSAY ANNE WESTON
                                        Attorney for Defendant
                                        DANIEL HERNANDEZ
```

2

___

**ORDER**

Based the parties' stipulation, this matter is scheduled for hearing on the defense motion to suppress as set forth above.

The Court finds excludable time as set forth above from July 10, 2009 to and including December 4, 2009 because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, that is, so the defense may adequately prepare and file pretrial motions in the above-captioned case.  18 U.S.C. § 3161 (h)(1)(D) and (h)(7)(A).
**IT IS SO ORDERED.**

Dated:  September 23, 2009

___

GARLAND E. BURRELL, JR.
United States District Judge

3