LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: CR S-07-376 GEB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND MOTION HEARING, AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| DANIEL HERNANDEZ, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, DANIEL HERNANDEZ, by and through his counsel, Lindsay Anne Weston, that the following revised briefing and motion schedule and hearing date be adopted by this Court:

| | |
|---|---|
| Defense motion to suppress filed by: | January 8, 2010 |
| Government reply due: | January 22, 2010 |
| Defense rebuttal brief due: | January 29, 2010 |
| Motions' hearing: | February 5, 2010 at 9:00 a.m. |

The basis for this continuance, which is at the request of the defense, is to allow the defense sufficient additional time, given defense counsel's recent family medical emergency, to prepare and file a motion to suppress the evidence.

- 1

The parties further agree and respectfully request that the period of time from December 4, 2009, (the date currently set for the motions hearing) through and including February 5, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(1))(D))and (h)(7)(A) and Local Code T4 for adequate time for defense counsel to prepare and file pre-trial motions.

Dated: December 1, 2009                Respectfully submitted,

                                       /s/Lindsay Weston
                                       _____
                                       LINDSAY ANNE WESTON
                                       Attorney for Defendant
                                       DANIEL HERNANDEZ

Date: December 1, 2009                 BENJAMIN WAGNER
                                        United States Attorney

                                       /s/ Lindsay Weston for
                                       _____
                                       JILL THOMAS
                                       Assistant United States Attorney
                                       Per e-mail authorization

## ORDER

IT IS SO ORDRED.

Dated:  12/1/09

_____
GARLAND E. BURRELL, JR.
United States District Judge