LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL HERNANDEZ,<br><br>　　　　Defendant. | Case No.:  CR S-07-376  GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINING SENTENCING HEARING AND SETTING SCHEDULE RE PSR** |

It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, DANIEL HERNANDEZ, by and through his counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled for June 18, 2010, at 9:00 a.m. be continued to July 16, 2010, at 9:00 a.m. It is requested that the Court adopt the following schedule for disclosure of and objections to the pre-sentence report.

　　　　Disclosure of draft PSR:　　　　June 4, 2010

　　　　Written objections to draft PSR:　　June 18, 2010

　　　　Filing of final PSR:　　　　　June 25, 2010

- 1

    Motion for correction of PSR:  July 2, 2010

    Reply or statement of no-opposition: July 9, 2010

    The basis for this continuance, which is at the request of the defense, is to allow the defense sufficient time to prepare Mr. Hernandez, who is located at Butte Co. Jail, for the probation interview.

Dated: April 20, 2010      Respectfully submitted,

             /s/Lindsay Weston
             _____
             LINDSAY ANNE WESTON
             Attorney for Defendant
             DANIEL HERNANDEZ

Date: April 20, 2010       BENJAMIN WAGNER
             United States Attorney

             /s/ Lindsay Weston for Jill Thomas
             _____
             JILL THOMAS
             Assistant United States Attorney
             Per e-mail authorization

            **ORDER**

IT IS SO ORDRED.

Dated: May 6, 2010

            _____
            GARLAND E. BURRELL, JR.
            United States District Judge