LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL HERNANDEZ,<br><br>　　　　Defendant. | Case No.:  CR S-07-376  GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINING SENTENCING HEARING AND SETTING SCHEDULE RE PSR** |

　　　　It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, DANIEL HERNANDEZ, by and through his counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled for September 10, 2010, at 9:00 a.m. be continued to Oct. 22, 2010, at 9:00 a.m. It is requested that the Court adopt the following schedule for disclosure of and objections to the pre-sentence report.

　　　　Written objections to draft PSR:　　Sept. 24, 2010

　　　　Filing of final PSR:　　Oct. 1, 2010

　　　　Motion for correction of PSR:　　Oct. 8, 2010

　　　　Reply or statement of no-opposition:  Oct. 15, 2010

The basis for this continuance, which is at the request of the defense, is to allow the defense sufficient time to meet with Mr. Hernandez, who is located at Butte Co. Jail, to review the draft PSR, which has already been disclosed, and to prepare objections, corrections or additions.

Dated: Aug. 18, 2010                    Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
DANIEL HERNANDEZ

Date:  Aug. 18, 2010                    BENJAMIN WAGNER
United States Attorney

/s/ Lindsay Weston for Jill Thomas
_____
JILL THOMAS
Assistant United States Attorney
Per e-mail authorization

**ORDER**

IT IS SO ORDRED.

Dated: 8/19/10
_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2