LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
DANIEL HERNANDEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> vs. ) <br> DANIEL HERNANDEZ, ) <br> Defendant. ) | Case No.: CR S-07-376 GEB <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING.** |

     It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, DANIEL HERNANDEZ, by and through his counsel, Lindsay Anne Weston, and respectfully requested of this Court that the sentencing hearing in this matter currently scheduled for October 22, 2010, at 9:00 a.m. be continued one week to Oct. 29, 2010, at 9:00 a.m.

     The basis for this continuance is that defense counsel is unavailable as she is attending a two day legal seminar out of town.

////

////

- 1

| | |
|---|---|
| Dated: October 18, 2010 | Respectfully submitted, |
| | */s/Lindsay Weston* |
| | _____ |
| | LINDSAY ANNE WESTON |
| | Attorney for Defendant |
| | DANIEL HERNANDEZ |
| | |
| Date:  October 18, 2010 | BENJAMIN WAGNER |
| | United States Attorney |
| | |
| | */s/ Lindsay Weston for Jill Thomas* |
| | _____ |
| | JILL THOMAS |
| | Assistant United States Attorney |
| | Per telephonic authorization |

**ORDER**

IT IS SO ORDRED.

**Date:  10/18/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2